Certificate Number: 14912-PAW-DE-030205107

Bankruptcy Case Number: 17-23141



14912-PAW-DE-030205107

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 20, 2017, at 1:23 o'clock PM EST, Kevin Snyder completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   November 21, 2017              By:   /s/Jai Bhatt

                                       Name:  Jai Bhatt

                                       Title:  Counselor