# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Kevin Snyder, | : | Case No. 17-23141-CMB |
| | : | |
| | : | Chapter 13 |
| Debtor | : | |

******************************************************************************

| | | |
|---|---|---|
| Kevin Snyder, | : | |
| | : | |
| | : | Related to Docket No. 48 |
| Movant | : | |
| | : | |
| vs. | : | Hearing Date and Time: |
| | : | |
| Ronda J. Winnecour, Esquire / | : | |
| Chapter 13 Trustee, | : | |
| | : | |
| Respondent | : | |
| | : | |

******************************************************************************

## ORDER

**AND NOW**, this \_\_\_21st\_\_\_ day of \_\_\_March\_\_\_, 2019 upon consideration of the Debtors' Motion to Approve Financing for Automobile, it is hereby ORDERED and DIRECTED as follows:

1. Within thirty (30) days from the date of this Order the Debtor may obtain automobile financing in order to purchase or lease either a new or used motor vehicle.

2. The vehicle financing shall be no greater than $25,000.00 inclusive of all taxes and fees, with a monthly payment no greater than $450.00.

3. Within forty-five (45) days from the date of this Order, an amended Chapter 13 Plan shall be filed to include the payment for the newly purchased vehicle.

4. Within forty-five (45) days from the date of this Order a report of purchase shall be filed with the Court.

Carlota M. Böhm    dmk
Chief United States Bankruptcy Court Judge

FILED
3/21/19 1:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 17-23141-CMB
Kevin Snyder                                                                 Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1               Date Rcvd: Mar 21, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2019.
db             +Kevin Snyder,    423 Freeport Road,    Freeport, PA 16229-1801

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2019                                       Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2019 at the address(es) listed below:
              Francis Thomas Tarlecki    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
               Servicing, LLC ecfmail@ecf.courtdrive.com,    ecfmail@mwc-law.com
              Francis Thomas Tarlecki    on behalf of Creditor    Pingora Loan Servicing LLC
               ecfmail@ecf.courtdrive.com,    ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing LLC bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Kevin Snyder ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples TWP LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7