**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | Case No. **17-23141-CMB** |
| **Kevin Snyder** | : | |
| | : | **Chapter 13** |
| **Debtor** | : | |
| **Kevin Snyder** | : | **Document No. 51** |
| | : | |
| **Movant,** | : | |
| **and** | : | |
| **RONDA J. WINNECOUR, ESQ. CHAPTER 13 TRUSTEE,** | : | |
| **ADDITIONAL RESPONDENT** | : | |

*************************************************************************

## REPORT OF NO PURCHASE

Now comes the Debtors, Debtor through their attorney, Lawrence W Willis, Esquire, of Willis & Associates and files the within Report of Purchased advising the Court of the following:

1. The Debtors filed a petition for relief under Chapter 13 of 11 U.S.C..

2. The Debtors filed a Motion to Obtain Financing for the Purchase of a Vehicle.

3. This Court entered an Order, granting the Debtors' Motion to Borrow Financing for the Purchase of a Vehicle.

4. The Order directed that a Report of Purchase was to be filed within forty-five (45) days.

5. After inquiry, debtor notified counsel that they were not able to find a car in their price range.

Dated: April 30, 2019                              By. Lawrence W Willis Esq

**Lawrence W. Willis** Esq
PA 85299
Willis & Associates
201 Penn Center Blvd
Suite 310
Pittsburgh, PA 15235
412-235-1721
Email: ecf@westernpabankruptcy.com