**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 17-23141-CMB |
| | : | |
| Kevin Snyder, | : | Chapter 13 |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated June 23, 2021 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated June 22, 2021* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated June 24, 2021                                              /s/ Lawrence W. Willis
                                                                                Lawrence W. Willis, Esquire
                                                                                PA I.D. # 85299
                                                                                Willis & Associates
                                                                                201 Penn Center Blvd
                                                                                Pittsburgh, PA 15235
                                                                                Tel: 412.235.1721
                                                                                Fax: 412.542.1704

MATRIX

Kevin Snyder
423 Freeport Road
Freeport, PA 16229

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Aes/pheaa-keycon
Po Box 61047
Harrisburg, PA 17106

Amex
Po Box 297871
Fort Lauderdale, FL 33329

Barclays Bank Delaware
Po Box 8803
Wilmington, DE 19899

Bk Of Amer
Po Box 982238
El Paso, TX 79998

Central Loan Admin & R
425 Phillips Bv
Ewing, NJ 08618

Chase Auto
Po Box 901003
Ft Worth, TX 76101

Citi
Po Box 6241
Sioux Falls, SD 57117

Clearview Federal Cu
8805 University Blvd
Moon Township, PA 15108

Credit First N A
6275 Eastland Rd
Brookpark, OH 44142

Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193

Dsnb Macys
Po Box 8218
Mason, OH 45040

Ecu Credit Union
Po Box 4689
Clearwater, FL 33758

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197

Lvnv Funding Llc
Po Box 10497
Greenville, SC 29603

Mattress Frm Cscl Dispute Team
N8235-04m
Des Moines, IA 50306

Mcydsnb
Po Box 8218
Mason, OH 45040

Onemain
Po Box 1010
Evansville, IN 47706

Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

Syncb/ashley Homestore
950 Forrer Blvd
Kettering, OH 45420

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Syncb/lane Furniture C/o
Po Box 965036
Orlando, FL 32896

Syncb/lowes
Po Box 965005
Orlando, FL 32896

Syncb/sams Club
Po Box 965005
Orlando, FL 32896

Syncb/sams Club Dc
Po Box 965005
Orlando, FL 32896

Thd/cbna
Po Box 6497
Sioux Falls, SD 57117

UPMC
PO Box 371472
Pittsburgh, PA 15250

Upstart Network Inc.
2 Circle Star Way
San Carlos, CA 94070

Webbank/dfs
1 Dell Way
Round Rock, TX 78682