**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Kevin Snyder**
Debtor(s)

Bankruptcy Case No.: 17−23141−CMB

Chapter: 13
Docket No.: 63 − 60, 61
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED**
**AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 6/22/2021 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: PRA Cl #4 gov as to amount, paid per plan terms, payment to be determined by trustee .

☑ H.   Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel. Attorney fees paid to no look based on retainer of $800.00

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: August 27, 2021

Carlota M. Böhm, Judge
United States Bankruptcy Court

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23141-CMB |
| Kevin Snyder | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 1 of 4 |
| Date Rcvd: Aug 27, 2021 | Form ID: 149 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Snyder, 423 Freeport Road, Freeport, PA 16229-1801 |
| cr | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14670743 | + | Aes/pheaa-keycon, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14670744 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14670746 | + | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 14670749 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14670747 | + | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14670758 | | Clearview Federal Cu, Po Box 1289, Moon Township, PA 15108 |
| 14670759 | + | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14706829 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 14753393 | | ECAST SETTLEMENT CORPORATION, PO BOX 29262, New York, NY 10087-9262 |
| 14869981 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14670762 | | Ecu Credit Union, Po Box 4689, Clearwater, FL 33758 |
| 15008608 | + | Flagstar Bank, FSB as servicer for Pingora Loan Se, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15335988 | + | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 14682772 | + | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14670764 | | Mattress Frm, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14691477 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14750273 | + | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14682786 | + | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14753392 | + | eCAST Settlement Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2021 23:23:04 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14670751 | + | Email/Text: clientservices@credit-control.com | Aug 27 2021 23:21:00 | Central Loan Admin & R, 425 Phillips Bv, Ewing, NJ 08618-1430 |
| 14670754 | + | Email/Text: bk.notifications@jpmchase.com | Aug 27 2021 23:21:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 14670755 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:22:57 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14670756 | + | Email/Text: bankruptcy@clearviewfcu.org | Aug 27 2021 23:21:00 | Clearview Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14670757 | + | Email/Text: bankruptcy@clearviewfcu.org | Aug 27 2021 23:21:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |

Case 17-23141-CMB   Doc 65   Filed 08/29/21   Entered 08/30/21 00:37:34   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: dsaw | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: 149 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14670760 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2021 23:22:45 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14670786 | | Email/PDF: DellBKNotifications@resurgent.com | Aug 27 2021 23:22:46 | Webbank/dfs, 1 Dell Way, Round Rock, TX 78682 |
| 14670761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:22:57 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14670765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:22:47 | Mcydsnb, Po Box 8218, Mason, OH 45040 |
| 14738357 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:22:46 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738243 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:22:46 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14670763 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 23:23:07 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14692984 | | Email/PDF: cbp@onemainfinancial.com | Aug 27 2021 23:22:59 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14670766 | + | Email/PDF: cbp@onemainfinancial.com | Aug 27 2021 23:22:49 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14670768 | + | Email/PDF: cbp@onemainfinancial.com | Aug 27 2021 23:22:50 | Onemain Fi, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14670771 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2021 23:21:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14670773 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2021 23:21:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14976374 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2021 23:22:45 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14708758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2021 23:22:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14671388 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 27 2021 23:22:55 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15005765 | | Email/Text: cashiering-administrationservices@flagstar.com | Aug 27 2021 23:21:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14748438 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2021 23:21:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14670776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 23:22:47 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14670777 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:22:44 | Syncb/ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14670778 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:22:49 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14670779 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:22:44 | Syncb/lane Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670780 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:22:50 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14670782 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:22:50 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14670783 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 23:22:50 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dsaw | Page 3 of 4 |
| Date Rcvd: Aug 27, 2021 | Form ID: 149 | Total Noticed: 52 |

| | | |
|---|---|---|
| 14670784 | + Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | Aug 27 2021 23:22:47 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank, FSB as servicer for Pingora Loan Se |
| cr | | Pingora Loan Servicing LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682760 | *+ | Aes/pheaa-keycon, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14670745 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14682761 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14670750 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14682763 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 14670748 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14682762 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14670752 | *+ | Central Loan Admin & R, 425 Phillips Bv, Ewing, NJ 08618-1430 |
| 14670753 | *+ | Central Loan Admin & R, 425 Phillips Bv, Ewing, NJ 08618-1430 |
| 14682764 | *+ | Central Loan Admin & R, 425 Phillips Bv, Ewing, NJ 08618-1430 |
| 14682765 | *+ | Chase Auto, Po Box 901003, Ft Worth, TX 76101-2003 |
| 14682766 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14682767 | *+ | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14682768 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14682769 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14682788 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Webbank/dfs, 1 Dell Way, Round Rock, TX 78682 |
| 14682770 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14682775 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Mcydsnb, Po Box 8218, Mason, OH 45040 |
| 14682771 | * | Ecu Credit Union, Po Box 4689, Clearwater, FL 33758 |
| 14682773 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14682774 | * | Mattress Frm, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14670767 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14682776 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14670769 | *+ | Onemain Fi, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14670770 | *+ | Onemain Fi, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14670772 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14682777 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14670774 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14670775 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14682778 | *+ | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14682779 | *+ | Syncb/ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14682780 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14682781 | *+ | Syncb/lane Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670781 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14682782 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14682783 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14682784 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14682785 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14682787 | ##+ | Upstart Network Inc., 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 14670785 | ##+ | Upstart Network Trust, 2 Circle Star Way, San Carlos, CA 94070-6200 |

TOTAL: 2 Undeliverable, 41 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com |
| Francis Thomas Tarlecki | on behalf of Creditor Flagstar Bank  FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com |
| Francis Thomas Tarlecki | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com  ecfmail@mwc-law.com |
| Lauren Moyer | on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com |
| Lawrence W. Willis | on behalf of Debtor Kevin Snyder ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8