Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kevin Snyder** | : | Case No. 17−23141−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

  *AND NOW,* this **The 16th of February, 2022,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

  (1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

  (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

  (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

  (4) The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23141-CMB

Kevin Snyder     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Feb 16, 2022     Form ID: 309     Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Snyder, 423 Freeport Road, Freeport, PA 16229-1801 |
| 14670743 | + | Aes/pheaa-keycon, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14670746 | + | Amex Dsnb, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 14670758 | | Clearview Federal Cu, Po Box 1289, Moon Township, PA 15108 |
| 14670762 | | Ecu Credit Union, Po Box 4689, Clearwater, FL 33758 |
| 15008608 | + | Flagstar Bank, FSB as servicer for Pingora Loan Se, C/O McCabe, Weisberg & Conway, LLC, Suite 1400, 123 South Broad Street, Philadelphia, PA 19109-1060 |
| 15335988 | + | Freedom Mortgage Corporation, 10500 Kincaid Dr., Fishers, IN 46037-9764 |
| 14691477 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14750273 | + | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14682786 | + | UPMC, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Feb 17 2022 04:33:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 16 2022 23:29:00 | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14670744 | + | Email/PDF: bncnotices@becket-lee.com | Feb 16 2022 23:41:41 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14670747 | + | EDI: TSYS2 | Feb 17 2022 04:33:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14670749 | + | EDI: BANKAMER.COM | Feb 17 2022 04:33:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14670751 | + | Email/Text: clientservices@credit-control.com | Feb 16 2022 23:29:00 | Central Loan Admin & R, 425 Phillips Bv, Ewing, NJ 08618-1430 |
| 14670755 | + | EDI: CITICORP.COM | Feb 17 2022 04:33:00 | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14670756 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 16 2022 23:29:00 | Clearview Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14670757 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 16 2022 23:29:00 | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14670759 | + | EDI: CRFRSTNA.COM | Feb 17 2022 04:33:00 | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14706829 | | EDI: CRFRSTNA.COM | Feb 17 2022 04:33:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |

Case 17-23141-CMB   Doc 81   Filed 02/18/22   Entered 02/19/22 00:28:02   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 16, 2022 | Form ID: 309 | Total Noticed: 52 |

| ID | | Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 14670760 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2022 23:41:47 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14670786 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 16 2022 23:41:48 | Webbank/dfs, 1 Dell Way, Round Rock, TX 78682 |
| 14670761 | + | EDI: CITICORP.COM | Feb 17 2022 04:33:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14670765 | + | EDI: CITICORP.COM | Feb 17 2022 04:33:00 | Mcydsnb, Po Box 8218, Mason, OH 45040 |
| 14753393 | | Email/PDF: bncnotices@becket-lee.com | Feb 16 2022 23:41:40 | ECAST SETTLEMENT CORPORATION, PO BOX 29262, New York, NY 10087-9262 |
| 14869981 | | EDI: ECMC.COM | Feb 17 2022 04:28:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14682772 | + | EDI: HFC.COM | Feb 17 2022 04:33:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 14670754 | | EDI: JPMORGANCHASE | Feb 17 2022 04:33:00 | Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14738357 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 23:41:48 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14738243 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 23:41:42 | LVNV Funding, LLC its successors and assigns as, assignee of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14670763 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2022 23:41:42 | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14670764 | | EDI: WFFC.COM | Feb 17 2022 04:33:00 | Mattress Frm, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14692984 | | EDI: AGFINANCE.COM | Feb 17 2022 04:33:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14670766 | + | EDI: AGFINANCE.COM | Feb 17 2022 04:33:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14670768 | + | EDI: AGFINANCE.COM | Feb 17 2022 04:33:00 | Onemain Fi, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14670771 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 23:29:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14670773 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 16 2022 23:29:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14976374 | | EDI: PRA.COM | Feb 17 2022 04:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14708758 | | EDI: PRA.COM | Feb 17 2022 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14671388 | + | EDI: RECOVERYCORP.COM | Feb 17 2022 04:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15005765 | | Email/Text: cashiering-administrationservices@flagstar.com | Feb 16 2022 23:29:00 | Pingora Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, Michigan 48098-2639 |
| 14748438 | | EDI: Q3G.COM | Feb 17 2022 04:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14670776 | + | EDI: CITICORP.COM | Feb 17 2022 04:33:00 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14670777 | + | EDI: RMSC.COM | Feb 17 2022 04:33:00 | Syncb/ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14670778 | + | EDI: RMSC.COM | | |

Case 17-23141-CMB    Doc 81    Filed 02/18/22    Entered 02/19/22 00:28:02    Desc Imaged
                              Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 309 | Total Noticed: 52 |

| Recip ID | Bypass/EDI | Date | Name and Address |
|---|---|---|---|
| | | Feb 17 2022 04:33:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14670779 | + EDI: RMSC.COM | | |
| | | Feb 17 2022 04:33:00 | Syncb/lane Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670780 | + EDI: RMSC.COM | | |
| | | Feb 17 2022 04:33:00 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14670782 | + EDI: RMSC.COM | | |
| | | Feb 17 2022 04:33:00 | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14670783 | + EDI: RMSC.COM | | |
| | | Feb 17 2022 04:33:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14670784 | + EDI: CITICORP.COM | | |
| | | Feb 17 2022 04:33:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14753392 | + Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 16 2022 23:41:42 | eCAST Settlement Corporation, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Flagstar Bank, FSB as servicer for Pingora Loan Se |
| cr | | Pingora Loan Servicing LLC |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14682760 | *+ | Aes/pheaa-keycon, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14670745 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14682761 | *+ | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14670748 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14682762 | *+ | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14670750 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14682763 | *+ | Bk Of Amer, Po Box 982238, El Paso, TX 79998-2238 |
| 14670752 | *+ | Central Loan Admin & R, 425 Phillips Bv, Ewing, NJ 08618-1430 |
| 14670753 | *+ | Central Loan Admin & R, 425 Phillips Bv, Ewing, NJ 08618-1430 |
| 14682764 | *+ | Central Loan Admin & R, 425 Phillips Bv, Ewing, NJ 08618-1430 |
| 14682766 | *+ | Citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 14682767 | *+ | Clearview Federal Cu, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 14682768 | *+ | Credit First N A, 6275 Eastland Rd, Brookpark, OH 44142-1399 |
| 14682769 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 14682788 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Webbank/dfs, 1 Dell Way, Round Rock, TX 78682 |
| 14682770 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 14682775 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Mcydsnb, Po Box 8218, Mason, OH 45040 |
| 14682771 | * | Ecu Credit Union, Po Box 4689, Clearwater, FL 33758 |
| 14682765 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Auto, Po Box 901003, Ft Worth, TX 76101 |
| 14682773 | *+ | Lvnv Funding Llc, Po Box 10497, Greenville, SC 29603-0497 |
| 14682774 | * | Mattress Frm, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 14670767 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14682776 | *+ | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 14670769 | *+ | Onemain Fi, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14670770 | *+ | Onemain Fi, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14670772 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14682777 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 14670774 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |

Case 17-23141-CMB    Doc 81    Filed 02/18/22    Entered 02/19/22 00:28:02    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 309 | Total Noticed: 52 |

| | | |
|---|---|---|
| 14670775 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 14682778 | *+ | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 14682779 | *+ | Syncb/ashley Homestore, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14682780 | *+ | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 14682781 | *+ | Syncb/lane Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14670781 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14682782 | *+ | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14682783 | *+ | Syncb/sams Club, Po Box 965005, Orlando, FL 32896-5005 |
| 14682784 | *+ | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 14682785 | *+ | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14682787 | ##+ | Upstart Network Inc., 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 14670785 | ##+ | Upstart Network Trust, 2 Circle Star Way, San Carlos, CA 94070-6200 |

TOTAL: 2 Undeliverable, 41 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2022     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:

**Name**   **Email Address**

Brian Nicholas
on behalf of Creditor Pingora Loan Servicing LLC bnicholas@kmllawgroup.com

Francis Thomas Tarlecki
on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com  ecfmail@mwc-law.com

Francis Thomas Tarlecki
on behalf of Creditor Flagstar Bank  FSB as servicer for Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com

Lawrence W. Willis
on behalf of Debtor Kevin Snyder ecf@westernpabankruptcy.com  urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Marisa Myers Cohen
on behalf of Creditor Pingora Loan Servicing LLC ecfmail@ecf.courtdrive.com  mcohen@mwc-law.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 9