## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

KEVIN SNYDER

Debtor(s)

Ronda J. Winnecour
            Movant
        vs.
No Respondents.

Case No.:17-23141

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 08/04/2017  and confirmed on 11/27/2017 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 39,526.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 39,521.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,200.00 | |
| Trustee Fee | 1,956.31 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,156.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| FREEDOM MORTGAGE CORPORATION | 0.00 | 29,157.74 | 0.00 | 29,157.74 |
| Acct: 7330 | | | | |
| FREEDOM MORTGAGE CORPORATION | 588.28 | 588.28 | 0.00 | 588.28 |
| Acct: 7330 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - / | 4,880.42 | 4,076.41 | 542.26 | 4,618.67 |
| Acct: 6553 | | | | |
| | | | | 34,364.69 |
| Priority | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN SNYDER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN SNYDER | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 3,200.00 | 3,200.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 2,750.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

17-23141          **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**          Page 2 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| ECMC(*) | 55,748.72 | 0.00 | 0.00 | 0.00 |
| Acct: 8609 | | | | |
| AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4633 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,435.23 | 0.00 | 0.00 | 0.00 |
| Acct: 2972 | | | | |
| BANK OF AMERICA NA**  (LMP) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9968 | | | | |
| CENTRAL LOAN ADMINISTRATION AND RI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8075 | | | | |
| CHASE AUTO FINANCE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1209 | | | | |
| CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLEARVIEW FCU** | 7,918.81 | 0.00 | 0.00 | 0.00 |
| Acct: 8576 | | | | |
| CREDIT FIRST NA* | 832.33 | 0.00 | 0.00 | 0.00 |
| Acct: 8609 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 341.48 | 0.00 | 0.00 | 0.00 |
| Acct: 4936 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3010 | | | | |
| ECU CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3452 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,301.35 | 0.00 | 0.00 | 0.00 |
| Acct: 2781 | | | | |
| MATTRESS FIRM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6684 | | | | |
| DEPARTMENT STORES NATIONAL BANK/I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3110 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F V | 14,251.06 | 0.00 | 0.00 | 0.00 |
| Acct: 0033 | | | | |
| PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1392 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6330 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1493 | | | | |
| ECAST SETTLEMENT CORP | 166.25 | 0.00 | 0.00 | 0.00 |
| Acct: 9300 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2750 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FL | 486.96 | 0.00 | 0.00 | 0.00 |
| Acct: 9217 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8361 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2670 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3389 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 88.37 | 0.00 | 0.00 | 0.00 |
| Acct: 8450 | | | | |
| UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPSTART NETWORK | 3,611.41 | 0.00 | 0.00 | 0.00 |
| Acct: 9194 | | | | |
| DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-23141 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |

Unsecured
| | | | | | |
|---|---|---|---|---|---|
| Acct: 4086 | | | | | |
| LVNV FUNDING LLC, ASSIGNEE | | 6,999.43 | 0.00 | 0.00 | 0.00 |
| Acct: 4726 | | | | | |
| LVNV FUNDING LLC, ASSIGNEE | | 627.03 | 0.00 | 0.00 | 0.00 |
| Acct: 5640 | | | | | |
| SYNCHRONY BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9552 | | | | | |
| PEOPLES NATURAL GAS CO LLC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| MCCABE WEISBERG & CONWAY LLC (FRI | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| BROCK & SCOTT PLLC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| HSBC BANK++ | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                34,364.69

TOTAL CLAIMED
PRIORITY                          0.00
SECURED                       5,468.70
UNSECURED                    93.808.43


Date: 02/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com